IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
SOUTHWESTERN DIVISION

| | |
|---|---|
| **Kimberly M. Hurt,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| V. | ) Case No. 10-5084-CV-SW-JTM |
| | ) |
| **Michael J. Astrue,** | ) |
| | ) |
| Defendant. | ) |

## ORDER

On Friday, February 10, 2012, the Court heard oral argument on the *Plaintiff's Social Security Brief*, filed August 25, 2011 [Doc. 8] and the *Brief For Defendant*, filed October 6, 2011 [Doc. 9]. After due consideration of the issues presented, and for the reasons set forth by the Court at the conclusion of the argument, it is

**ORDERED** that the decision of the Commissioner is **AFFIRMED**.


      */s/ John T. Maughmer*
      **JOHN T. MAUGHMER**
      **U. S. MAGISTRATE JUDGE**